NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA RAY CANTRILL and LERAY )
CANTRILL, )
         )
        Petitioners, )
         )
v. )      Case No. 2D17-2417
         )
KRISTOPHER SCOTT FERRIS, )
         )
        Respondent. )
_____ )

Opinion filed March 23, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Manatee County; Brian
Iten, Judge.

Robert J. Healy, Jr. of Salter, Healy,
Bassett & Rivera, St. Petersburg, for
Petitioners.

Kenneth P. Hazouri of de Beaubien,
Simmons, Knight, Mantzaris & Neal,
LLP, Orlando, for Respondent.


PER CURIAM.


        Dismissed.


LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.